```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :        INDICTMENT

          - v. -                  :        15 CRIM 692

DAVID POLOS and                   :
GLEN GLOVER,
                                  :
               Defendants.
                                  :

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 15 2015

**COUNT ONE**

(False Statement - POLOS)

The Grand Jury charges:

1. On or about September 7, 2011, DAVID POLOS, the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, willfully and knowingly did falsify, conceal, and cover up by trick, scheme, and device material facts, and made materially false, fictitious, and fraudulent statements and representations, to wit, POLOS falsely affirmed on a national security form that, as of that date, he did not have outside employment beyond his work with the Drug Enforcement Administration, when in truth and in fact, and as POLOS well knew, he had outside employment in the form of regular work at an adult entertainment establishment he

JUDGE GARDEPHE

had an ownership interest in located in South Hackensack, New Jersey.

(Title 18, United States Code, Section 1001.)

### COUNT TWO

### (False Statement - GLOVER)

The Grand Jury further charges:

2. On or about August 1, 2011, GLEN GLOVER, the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, willfully and knowingly did falsify, conceal, and cover up by trick, scheme, and device material facts, and made materially false, fictitious, and fraudulent statements and representations, to wit, GLOVER falsely affirmed on a national security form that, as of that date, he did not have outside employment beyond his work with the Drug Enforcement Administration, when in truth and in fact, and as GLOVER well knew, he had outside employment in the form of regular work at an adult entertainment establishment he had an ownership interest in located in South Hackensack, New Jersey.

(Title 18, United States Code, Section 1001.)

_Taimur Kayser_
FOREPERSON
10/15/15

_Preet Bharara_
PREET BHARARA
UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

DAVID POLOS and GLEN GLOVER,

Defendants.

---

INDICTMENT

15 Cr.

(18 U.S.C. § 1001.)

PREET BHARARA
United States Attorney.

*Taimur Kayser*

True Bill

10/15/15 - Filed. Indictment
Case assigned to J Gardephe
For USMJ